UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK DARNELL HENDRICKS,

       Petitioner,                                    Case No. 1:12-CV-897

v.                                                   HON. GORDON J. QUIST

MARY BERGHUIS,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 8, 2015. The Report and Recommendation was served on the parties that same day. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 8, 2015 (dkt. #28), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DENIED**.

This case is **concluded**.

Dated: May 4, 2015                                                 /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE